UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

            -against-                                        -CR-    ( )( )

William Soto-Montanez

                                            Defendant(s).
-------------------------------------------------------------------X

Defendant William Soto-Montanez hereby voluntarily consents to participate in the following proceeding via X videoconferencing or X teleconferencing:

X       Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_____Tamara Giwa for William Soto-Montanez_____        _____
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

William Soto-Montanez                                  Tamara Giwa
Print Defendant's Name                                 Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___January 14, 2021___                                 _____
Date                                                   U.S. District Judge/U.S. Magistrate Judge